*Harris Co*
*53735*
*5/1*

FILED — LODGED
☒ RECEIVED — COPY

JAN 0 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

*Smt 03170901*

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

United States of America

v.

Maurice Brooks
*Defendant*

)
)
)
)
)
)

Case No.  CR-24-02079-001-PHX-SPL

**United States Courts
Southern District of Texas
FILED**

*December 31, 2024*

Nathan Ochsner, Clerk of Court

## ARREST WARRANT

To:    Any authorized law enforcement officer

 **YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Maurice Brooks

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 371 Conspiracy
18 USC §§ 2113(a) and 2 Bank Robbery, Aid and Abet

D. Draper
*Issuing officer's signature*

ISSUED ON 2:29 pm, Dec 19, 2024

City and state:  Phoenix, Arizona

D. Draper, Deputy Clerk  s/ Debra D. Lucas, Clerk
*Printed name and title*

| Return   cell block executed |
| --- |

This warrant was received on *(date)* **12/19/2024**         , and the person was arrested on *(date)* **12/31/2024**
at *(city and state)*    Houston, TX

Date: `12/31/2024`

A. Macias
*Arresting officer's signature*

Adrian Macias
*Printed name and title*                       DCO

cc: PTS

10